# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> **Plaintiff,** <br><br> v. <br><br> **CHARLES MERCED-PEÑA,** <br><br> **Defendant**. | **CRIMINAL NO. 14-750 (PAD)** |

# ORDER

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Bruce J. McGiverin regarding the Rule 11 proceeding of defendant, Charles Merced-Pena (Docket No. 78), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to Counts One and Three of the Indictment.

The court notes that a Presentence Investigation Report was ordered (Docket No. 77). The parties shall file their sentencing memoranda not later than November 21, 2016. The Sentencing Hearing is set for December 2, 2016 at 9:30 a.m. in Courtroom 3.

**SO ORDERED.**

In San Juan, Puerto Rico, this 16th day of August, 2016.

                                                              s/Pedro A. Delgado-Hernández
                                                               PEDRO A. DELGADO HERNANDEZ
                                                               United States District Judge